**BAKER & HOSTETLER LLP**
Heather J. McDonald (HM 3320)
Robertson D. Beckerlegge (RB 1829)
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

Attorneys for Plaintiff
Oakley, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VARIOUS JOHN DOES; JANE DOES; and XYZ COMPANIES, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 14 CV 2666 |

## DECLARATION OF RAYMOND P. DOWD

I, Raymond P. Dowd, under penalty of perjury, declare as follows:

1. I am not a party to this action and am over 18 years of age.

2. I am the Investigations Director of Global Security and Investigative Services, Inc., a licensed and bonded private investigative agency located in New York, NY.

3. I served a copy of the Summons, Complaint, and Declaration of Heather J. McDonald in Support of Supplemental Temporary Restraining Order and Seizure Order signed by Judge Thomas P. Griesa, upon the following defendants located in New York, NY and Brooklyn, NY:

**April 25, 2014:**
259B Canal Street
317 Canal Street, A and B
318 Canal Street
517 West 29th Street, #527
2 Prince Street, #3105

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14th__ day of May, 2014 in New York, New York.

_____
RAYMOND P. DOWD

603536209.1